# Composite Exhibit "1"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,093,865**

**Registered Jun. 27, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SPIKE CABLE NETWORKS INC.  (DELAWARE CORPORATION)
1515 Broadway, 34th floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, t-shirts, sweatshirts, sweaters, blouses, pants, jeans, trousers, shorts, suits, underwear, pajamas, jackets, coats, vests, socks, stockings, tights, dresses, skirts, headwear, namely, hats, caps, beanies, visors, headbands, bandanas; clothing accessories, namely, belts, ties, gloves, mittens, scarves; footwear; Halloween costumes

FIRST USE 1-31-2022; IN COMMERCE 1-31-2022

The mark consists of a Stylized "Y" Design.

SER. NO. 88-658,527, FILED 10-17-2019

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

**YELLOWSTONE Y DUTTON RANCH**

**Reg. No. 7,239,237**  
**Registered Dec. 12, 2023**  
**Int. Cl.: 21**  
**Trademark**  
**Principal Register**

Spike Cable Networks Inc.  (DELAWARE CORPORATION)  
97393621  
New York, NEW YORK 10036

CLASS 21: Mugs

FIRST USE 2-25-2021; IN COMMERCE 2-25-2021

The mark consists of the letter "Y" with arched "YELLOWSTONE" written above it and "DUTTON RANCH" written below it.

SER. NO. 97-393,621, FILED 05-03-2022

*Katherine Kelly Vidal*

Director of the United States  
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# YELLOWSTONE
# Y
# DUTTON RANCH

**Reg. No. 7,239,238**

**Registered Dec. 12, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Spike Cable Networks Inc.  (DELAWARE CORPORATION)
1515 Broadway, 34th Floor
New York, NEW YORK 10036

CLASS 25: Hats; Clothing, namely, shirts, t-shirts, sweatshirts, hoodies, vests; baby clothes, namely, pajamas, jackets, shirts, pants, jumper coveralls

FIRST USE 2-25-2021; IN COMMERCE 2-25-2021

The mark consists of centered letter "Y" with the arched words "YELLOWSTONE" above it and the words "DUTTON RANCH" below it.

SER. NO. 97-393,625, FILED 05-03-2022

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

