**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 25-22171-CIV-RUIZ

SPIKE CABLE NETWORKS INC.,

   Plaintiff,

vs.

RASOTEE.COM, *et al.*,

   Defendants.

_____

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

  Plaintiff, Spike Cable Networks Inc. ("Plaintiff"), by and through its undersigned counsel, hereby request that the Clerk enter default in this matter against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants")[1] on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Stephen M. Gaffigan in Support of Plaintiff's Request for Clerk's Entry of Default ("Gaffigan Decl.") ¶ 6, filed concurrently herewith.)

  On July 8, 2025, Defendants were served with their respective Summons and copies of the Complaint and Amended Complaint via electronic mail ("e-mail") and via website posting pursuant to the Court's Order authorizing alternate service of process. (Gaffigan Decl. ¶3; see ECF No. 30-1 and 30-2, Affidavits of Service on file with the Court.)

  Time allowed for Defendants to respond to the Complaint has expired. (Id. at ¶ 4.) Neither Plaintiff nor the Court has granted the Defendants an extension of time to respond to the

___

[1] Plaintiff is not seeking entry of default against Defendant Nos. 4 (anurvogel.com), 5 (cotosen.com), 31 (ghelter.com) and 34 (novitaregali.com) at this time.

Complaint. (Id. at ¶ 5.) Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (Id. at ¶ 6.) Plaintiff is informed and believes that none of the Defendants could be considered infants or incompetent persons. (Id. at ¶ 7.) Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. (Id.)

WHEREFORE, Plaintiff, Spike Cable Networks Inc., requests that default be entered against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto.

DATED: July 31, 2025

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: /Stephen M. Gaffigan/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
Mallory Ruth Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

*Attorneys for Plaintiff*

## SCHEDULE "A"

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 1 | rasotee.com |
| 1 | fasatee.com |
| 1 | zahetee.com |
| 1 | zemzotee.com |
| 1 | hamptee.com |
| 1 | hectee.com |
| 1 | illintee.com |
| 1 | uztee.com |
| 1 | vesatee.com |
| 1 | virgitee.com |
| 1 | bocotee.com |
| 1 | bunatee.com |
| 1 | larotee.com |
| 1 | nevetee.com |
| 1 | palotee.com |
| 1 | vivushirt.com |
| 1 | teecandal.com |
| 1 | fidotee.com |
| 1 | rietee.com |
| 1 | asetee.com |
| 1 | bevatee.com |
| 1 | myzetee.com |
| 1 | furatee.com |
| 1 | zagatee.com |
| 1 | miteeta.com |
| 2 | topiy.com |
| 3 | aixpi-ring-light.com |
| 6 | teepanda.net |
| 7 | theaffordableshirt.com |
| 8 | bucktee.com |
| 9 | perfectfittshirts.com |
| 10 | 2020trendingtees.com |
| 11 | glieseshirt.com |
| 11 | lealiashirt.com |
| 12 | aeety.com |
| 13 | hhshirt.com |
| 13 | teeextra.com |
| 14 | neptuneshirt.com |
| 15 | vsgclothing.com |

3

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 16 | 247teeshirt.com |
| 17 | fashionstoreaz.com |
| 18 | nemopremium.com |
| 19 | teecify.net |
| 20 | inotee.com |
| 21 | baetees.com |
| 21 | teelooks.com |
| 22 | bipubunny.com |
| 23 | outfitgod.com |
| 23 | americanteeshop.com |
| 23 | advantees.com |
| 24 | merchill.com |
| 25 | inkinaction.com |
| 26 | nemoshirt.com |
| 27 | bestoftees.com |
| 28 | teenavi.com |
| 29 | ornamentmerch.com |
| 30 | onnmerch.com |
| 32 | teeforsports.com |
| 33 | maxxtees.com |
| 35 | thorshirts.com |
| 36 | shirtelephant.com |
| 37 | t-shirtbear.com a.k.a tshirtsa.com |
| 38 | yellow-stone.store a.k.a. printyourmerchandise.com |
| 39 | nowateeca.com |
| 40 | tshirtatlowprice.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true copy of the foregoing was served this 31st day of July 2025, via e-mail to the e-mail addresses at which Defendants were served and via website posting by posting a true and accurate copy of the following document(s) on the website http://servingnotice.com/SPk7T6/index.html .

    s:/*Stephen M. Gaffigan/*
    Stephen M. Gaffigan