UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-22171-RAR

**SPIKE CABLE NETWORKS INC.**,

   Plaintiff,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

   Defendants.

_____/

# DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment ("Motion"), [ECF No. 45]. For the reasons set forth in the Order Granting Plaintiff's Motion for Default Final Judgment, [ECF No. __], entered separately, it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff, Spike Cable Networks Inc., and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto,[1] as follows:

(1) **Permanent Injunctive Relief:**

---

[1] Plaintiff has not included Defendants, ghelter.com (Defendant Number 31) and novitaregali.com (Defendant Number 34), in the Motion's request for relief as Consent Final Judgment and Permanent Injunctions were entered as to these Defendants. *See* [ECF Nos. 36, 38]. Additionally, Defendants, anurvogel.com (Defendant Number 4) and cotosen.com (Defendant Number 5) have not been included in Plaintiff's request for relief as these Defendants were not subject to the Clerk's Default entered. Further, Plaintiff has not included Defendants, topiy.com (Defendant Number 2) and aeety.com (Defendant Number 12), in its request for relief as Plaintiff is engaged in settlement discussions with those Defendants. Accordingly, this Order refers to the remaining Defendants identified on Schedule "A," attached to this Order, and does not apply to Defendants ghelter.com (Defendant Number 31), novitaregali.com (Defendant Number 34), anurvogel.com (Defendant Number 4), cotosen.com (Defendant Number 5), topiy.com (Defendant Number 2), and aeety.com (Defendant Number 12).

Defendants and their officers, directors, employees, agents, representatives, servants, subsidiaries, distributors, attorneys, and all persons acting in concert and participation with Defendants, are permanently restrained and enjoined from:

      a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell counterfeit and infringing goods bearing and/or using Plaintiff's trademarks, or any confusingly similar trademarks identified in Paragraph 24 of the Amended Complaint (the "YELLOWSTONE Marks"), *see* [ECF No. 27] ¶ 24;

      b.    using the YELLOWSTONE Marks in connection with the sale of any unauthorized goods;

      c.    using any logo and/or layout that may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

      d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

      e.    engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

      f.    using any reproduction, counterfeit, copy, or colorable imitation of the YELLOWSTONE Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

      g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely

describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff, or in any way endorsed by Plaintiff and from offering such goods in commerce;

        h.        otherwise unfairly competing with Plaintiff;

        i.        using the YELLOWSTONE Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, seller names, websites, or domain names registered by, owned, or operated by Defendants, and

        j.        effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

        (2)        **Additional Equitable Relief**

        a.        In order to give practical effect to the Permanent Injunction, and upon Plaintiff's request, the e-commerce stores under their seller names identified on Schedule "A" hereto (the "E-commerce Store Names") are hereby ordered to be immediately transferred by the corresponding Defendants also identified on Schedule "A" hereto, their assignees and/or successors in interest or title, and the registrars to Plaintiff's control. To the extent the current registrars do not facilitate the transfer of the E-commerce Store Names to Plaintiff's control **within five (5) days of receipt** of this Judgment, upon Plaintiff's request, those corresponding Defendants and the top level domain ("TLD") Registry for each of the E-commerce Store Names, or their administrators, including backend registry operators or administrators, shall, **within thirty (30)**

**days,** (i) change the registrar of record for the E-commerce Store Names to a registrar of Plaintiff's choosing, and that Registrar shall transfer the E-commerce Store Names to Plaintiff, or (ii) place the E-commerce Store Names on registry hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the registries which link the E-commerce Store Names to the IP addresses where the associated websites are hosted.

        b.      Plaintiff may serve this injunction on the e-commerce store's registrar(s) and/or the privacy protection service(s) for the E-commerce Store Names to disclose to Plaintiff the true identities and contact information for the registrants of the E-commerce Store Names.

        c.      Defendants, their agent(s) or assign(s), shall assign in writing all rights, title, and interest, to their E-commerce Store Name(s) to Plaintiff. If Defendants fail to make such an assignment **within five (5) days of receipt** of this Order, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

        d.      Defendants—or their agent(s) or assign(s)—shall instruct in writing all search engines to permanently delist or deindex the E-commerce Store Name(s). If Defendants fail to make such a written instruction **within five (5) days of receipt** of this Order, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

        e.      Plaintiff may serve this injunction on any Internet search engines or service provider referring or linking users to any Uniform Resource Locator ("URL") of the E-commerce Store Names, with a request that they permanently disable, deindex or delist all URLs of the E-commerce Store Names used by Defendants to promote, offer for sale, and/or sell goods bearing and/or using counterfeits and/or infringements of the YELLOWSTONE Marks, based upon

Defendants' unlawful activities being conducted via the E-commerce Store Names as a whole and via any specific URLs identified by Plaintiff.

        f.      Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are or have been used by Defendants in connection with Defendants' promotion, offering for sale, and/or sale of goods bearing and/or using counterfeits and/or infringements of the YELLOWSTONE Marks.

    (3)    Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c) are determined to be $1,000,000.00 against each Defendant, for which sum let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court has considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

    (4)    Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon the Plaintiff's request, the Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), and their related companies and affiliates, are to immediately (**within five (5) business days**) identify, restrain, and surrender to the Plaintiff all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names used by Defendants presently or in the future, as well as any other related E-commerce Store Name(s) and account(s) of the same customer(s), and any other account(s) which transfer funds into the same financial institution account(s). Such financial accounts and/or sub-accounts shall remain restrained until such funds are surrendered to the Plaintiff in partial

satisfaction of the monetary judgment entered herein. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms including but not limited to, PayPal, Stripe, and their related companies and affiliates, shall provide to the Plaintiff at the time any funds are surrendered, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff.

(5)     Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6)     The Clerk is directed to **RELEASE** the bond posted by Plaintiff, [ECF No. 16], in the amount of Ten Thousand Dollars ($10,000.00).

(7)     The Court **RETAINS** jurisdiction to enforce the Final Judgment and Permanent Injunction.

(8)     Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

SCHEDULE "A"
DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,
FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT

| Def. No. | Defendant / E-commerce Store Name | PayPal Payee | Merchant ID / Transaction Information | PayPal E-mail | Means of Contact |
|---|---|---|---|---|---|
| 1 | rasotee.com | | 5SY8VZ4XND2MW | | vivushirt.com@gmail.com |
| 1 | fasatee.com | | 5SY8VZ4XND2MW | | vivushirt.com@gmail.com |
| 1 | zahetee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | zemzotee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | hamptee.com | | 5SY8VZ4XND2MW | | vivushirt.com@gmail.com |
| 1 | hectee.com | | 5SY8VZ4XND2MW | | hectee.com@gmail.com |
| 1 | illintee.com | Nguyen Phong Phu | 5SY8VZ4XND2MW | sbosutee@gmail.com | nhuhataza@gmail.com support@illintee.com |
| | | | EJW6CGCUPPFPU | | |
| 1 | uztee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | vesatee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | virgitee.com | | 5SY8VZ4XND2MW | | vivushirt.com@gmail.com |
| 1 | bocotee.com | | 5SY8VZ4XND2MW | | hectee.com@gmail.com |
| 1 | bunatee.com | | 5SY8VZ4XND2MW | | bunatee.com@gmail.com |
| 1 | larotee.com | | 5SY8VZ4XND2MW | | bunatee.com@gmail.com |
| 1 | nevetee.com | | 5SY8VZ4XND2MW | | teecandal.com@gmail.com |
| 1 | palotee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | vivushirt.com | | 5SY8VZ4XND2MW | | vivushirt.com@gmail.com support@vivushirt.com |
| | | | EJW6CGCUPPFPU | | |
| 1 | teecandal.com | | 5SY8VZ4XND2MW | | teecandal.com@gmail.com |

| 1 | fidotee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
|---|---|---|---|---|---|
| 1 | rietee.com | | 5SY8VZ4XND2MW | | bunatee.com@gmail.com |
| 1 | asetee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | bevatee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | myzetee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | furatee.com | | 5SY8VZ4XND2MW | | teecandal.com@gmail.com |
| 1 | zagatee.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 1 | miteeta.com | | 5SY8VZ4XND2MW | | nhuhataza@gmail.com |
| 2 | *N/A* | | | | |
| 3 | aixpi-ring-light.com | 深圳市爱享派电子商务有限公司 | UCXJPVTWJ2V6C | | sale@aixpi.com support@aixpi.com |
| | | 深圳市卓旺科技有限公司 | PKAQAVATSQATJ | | |
| 4 | *N/A* | | | | |
| 5 | *N/A* | | | | |
| 6 | teepanda.net | Teepanda - Best gifts your whole family | 7YECEP9LSYPP2 | | support@teepanda.net |
| 7 | theaffordableshirt.com | cloudtees design | | cloudteesdesign.cs@gmail.com | theaffordableshirt@gmail.com admin@theaffordableshirt.com |
| | | Anas Buchori | JQJ9ZRYXB4FPS | | |
| 8 | bucktee.com | Stripe Payment | IFROGTEES Transaction Date: June 27, 2024 Posted Date: June 28, 2024 | | support@bucktee.com |

| | | | | | |
|---|---|---|---|---|---|
| | | | Category: Merchandise & inventory | | |
| 9 | perfectfittshirts.com | Perfect Fit T Shirts | T6N57JCKJVSDN | | PERFECT_FIT_TSHIRTS@YAHOO.CA dmca@rianzingcom.com |
| 10 | 2020trendingtees.com | | T7RLHJ7LYFBNN | | support@2020trendingtees.com |
| | | | PLEB7FTLNV43U | | |
| 11 | glieseshirt.com | | GKP7HHC7BLJBL | | support@glieseshirt.com |
| 11 | lealiashirt.com | | GKP7HHC7BLJBL | | support@lealiashirt.com |
| 12 | *N/A* | | | | |
| 13 | hhshirt.com | | BDZWGGB76BWPS | | support@hhshirt.com support@mytrendingshirt.com hhshirt@gmail.com |
| | | | 6TUWRVEHMEE6S | | |
| | | | K9WJF6GJCWW5J | | |
| 13 | teeextra.com | | BDZWGGB76BWPS | | support@teeextra.com |
| | | | RMRQ7GCPMC78Q | | |
| | | | ZC26EKF45CF3S | | |
| 14 | neptuneshirt.com | | 6736SBP7JU9U4 | | support@neptuneshirt.com support@mytrendingshirt.com |
| 15 | vsgclothing.com | | PJW92WSBNYXRE | | support@vsgclothing.com |
| | | | Y3V7HP3SYPRTJ | | |
| 16 | 247teeshirt.com | | EFD3DDTGM7CSC | | support@247teeshirt.com |
| 17 | fashionstoreaz.com | Nguyễn Cao Cường | UG2B4SA5Q78Z4 | | support@fashionstoreaz.com |
| | | | 3GTXCR5DM5FR6 | support@demavos.com | |
| 18 | nemopremium.com | | B23W6PJTDEDHL | | support@nemopremium.com hieu.uel@gmail.com |
| 19 | teecify.net | | 3FXAT47Z6ZRTA | | support@Teecify.net |
| 20 | inotee.com | | DGBT7XAG6QSSY | | vivushirt.com@gmail.com support@inotee.com |

| | | | | | |
|---|---|---|---|---|---|
| 21 | baetees.com | Wahyuningsih | KLBWBC8YD7DSE | | csseller.id@gmail.com |
| | | Sella Fisnanda | TGGD5HGDHVJ36 | | |
| | | Diptya Adri Baskara | 3F97TVE3UX782 | | |
| 21 | teelooks.com | Wahyuningsih | KLBWBC8YD7DSE | | teelooks.shop@gmail.com |
| | | Yanna Kusumawati | JN8ZFZUSDHG5S | | |
| 22 | bipubunny.com | | 7KWHCH8PYSKH2 | | support@bipubunny.com |
| 23 | outfitgod.com | Yanna Kusumawati | JLJBLYAEVML7G | | cs.outfitgod@gmail.com |
| | | Gede Wijaya | J3XALUQJR2QSQ | | |
| 23 | americanteeshop.com | Yanna Kusumawati | JLJBLYAEVML7G | | americanteeshop323@gmail.com |
| | | WARTI | H89PNQHHFTJAU | | |
| | | Rahmat Qubailal Fitri | ZTMHR7MFA5PJ8 | | |
| | | Risma Hanna Hafidha | 2G47MVGP8CJF6 | | |
| | | yoseaheryanto1@gmail.com | YZJXQZ7G6ZR2G | | |
| 23 | advantees.com | Diptya Adri Baskara | 6M5HNY8F2SGYG | | cs.advantees@gmail.com |
| | | Gede Wijaya | J3XALUQJR2QSQ | | |
| 24 | merchill.com | Merchill.com | 8BC9W9HZXYQ9J | | support@merchill.com |
| | | Merchill.com | TN5LDG3YA4SAW | | |
| 25 | inkinaction.com | Print your thoughts. | 9DBMUWK9CSYXQ | | contact@inkinaction.com |

| | | | | | |
|---|---|---|---|---|---|
| | | Tell your stories. | | | |
| | | | APQT3WS3FRQU4 | | |
| | | | 4RSXM2FQQETTW | | |
| | | | X4ZX89YY5GH4Q | | |
| 26 | nemoshirt.com | | 7N23VDBKGWZQN | | sales@nemoshirt.com |
| | | | 5SDPG3TAZHJV4 | | |
| 27 | bestoftees.com | Samantha Daniels | QBM79UJ29U9RG | bestoftees8@gmail.com | bestoftees8@gmail.com dmca@rianzingcom.com |
| 28 | teenavi.com | | ZEHEZEFGBRZQQ | | contact@teenavi.com |
| | | | 3FYH6YJXPXTHL | | |
| | | | SHTXW5MLCXENA | | |
| 29 | ornamentmerch.com | Nguyen Van Anh | RP5Y7JXGA6CW8 | | support@ornamentmerch.com |
| 30 | onnmerch.com | | BGKZBASN6JBEE | | support@ornamentmerch.com |
| 31 | *N/A* | | | | |
| 32 | teeforsports.com | teeforsports.com | 2VAYHYJKP6R2C | | Teeforsports@gmail.com Quynhanh5985@gmail.com |
| 33 | maxxtees.com | Faz Project  Fariasi | FQYYWMZNV2CJG | faizkayabersama@gmail.com | admin@maxxtees.com maxxteesshop@gmail.com |
| | | | 2CNVD8FDJ9YAS | | |
| 34 | *N/A* | | | | |
| 35 | thorshirts.com | | FJGB8M9JS5GU6 | | support@thorshirts.com support@mytrendingshirt.com |
| 36 | shirtelephant.com | | RRRY5873LYHRE | | support@shirtelephant.com contact@shirtelephant.com info@shirtelephant.com tracking@shirtelephant.com |
| 37 | t-shirtbear.com a.k.a tshirtsa.com | | BY7JFPZBGYMZW | | support@TeeShirtCat.com support@tshirtsa.com tshirtsadotcom@gmail.com |
| 38 | yellow-stone.store a.k.a. printyourmerchandise.com | KHOA NGUYEN DANG | NCHABQHM72S9S | | contact@yellow-stone.store support@printyourmerchandise.com invoice3@woocommerceinvoice.com |

Page **11** of **12**

| # | Domain | | | | |
|---|---|---|---|---|---|
| 39 | nowateeca.com | NGO BA HUNG | QMM3AFE57NWJU | | contact.nowateeca@gmail.com nowateeca@gmail.com |
| | | | VW4QX48PYCX3Q | meansayaard@hotmail.com | |
| | | | 4VVRP29RHGJ3E | | |
| | | | 8WNB6N6JMTPV8 | | |
| 40 | tshirtatlowprice.com | Tshirt at Low Price | Q3AYVAKWWXPUJ | | support@tshirtatlowprice.com customercare@tshirtatlowprice.com |
| | | Stripe Payment | TALP Transaction Date: March 21, 2025 Posted Date: March 23, 2025 Merchant Type: Family clothing stores Method: Online, mail or phone Category: Merchandise & inventory | | |
| | | Tshirt at Low Price | 8J2LYX6W4F3GL | | |