UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-22171-CIV-RUIZ

SPIKE CABLE NETWORKS INC.,

      Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT NUMBERS 2 AND 12

      Plaintiff, Spike Cable Networks Inc. ("Plaintiff"), and Defendants topiy.com (Defendant Number 2) and aeety.com (Defendant Number 12) ("Defendant Numbers 2 & 12") (together, the "Parties"), hereby notify the Court that they have resolved their claims and are in the process of exchanging settlement documents for signature.

      The Parties anticipate submitting to the Court the papers necessary to finalize this action as to Defendant Numbers 2 & 12 within the next seven (7) days.

DATED: August 21, 2025.

Respectfully submitted,

By: **Mallory R. Denzl**
Stephen M. Gaffigan, P.A.
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
Christine Ann Daley (Fla. Bar No. 98482)
Mallory R. Denzl (Fla. Bar No. 1050351)
Ft. Lauderdale, FL 33301
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud

By: *Ni Xue*
Ni Xue, Esq.
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Telephone: (561) 870-0605
E-mail: nixuesydney@gmail.com,
       ni@kemetlawgroup.com

Attorney for Defendant Numbers 2 and 12

E-mail: Raquel@smgpa.cloud
E-mail: Christine@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

Attorneys for Plaintiff, Spike Cable Networks Inc.